UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

                    Plaintiff,

   -v-

MAGNACARE, INC., et al.,

                 Defendants.

CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and report and recommendations on dispositive motions. (Dkt. No. 5). On December 10, 2025, Plaintiff Francesco Gargano, M.D., P.C. ("Plaintiff") commenced this action against Defendants MagnaCare, Inc. ("MagnaCare") and Local 272 Welfare Fund ("Local 272") (together, "Defendants") by filing a summons and complaint (the "S&C") in the New York State Supreme Court, County of New York, under the caption, Index No. 656376/2025. (Dkt. No. 1-1). On March 5, 2026, Plaintiff served the S&C on Local 272. (See Dkt. No. 1 ¶ 2). On March 24, 2026, Local 272 removed this action to the United States District Court for the Southern District of New York. (Dkt. No. 1 (the "Notice of Removal")).

Although Local 272 states in the Notice of Removal that Plaintiff served Local 272 with the S&C on March 5, 2026, Plaintiff has not yet filed proof of service of the S&C on either of the

1

2

Defendants.  On or before **April 9, 2026**, Plaintiff shall file proof of service of the S&C on both

Defendants.

Dated:      New York, New York
            March 30, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2