UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

                              Plaintiff,

    -v-

                                                              CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

MAGNACARE, INC., et al.,                                                      **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 10, 2025, Plaintiff Francesco Gargano, M.D., P.C. ("Plaintiff") commenced this action against Defendants MagnaCare, Inc. ("MagnaCare") and Local 272 Welfare Fund ("Local 272") (together, "Defendants") by filing a summons and complaint ("Complaint," together with the summons, the "S&C") in the New York State Supreme Court, County of New York, under the caption, Index No. 656376/2025. (Dkt. No. 1-1). On March 5, 2026, Plaintiff served the S&C on Local 272. (See Dkt. No. 1 ¶ 2). On March 24, 2026, Local 272 removed this action to the United States District Court for the Southern District of New York. (Dkt. No. 1).

On March 30, 2026, the Court Ordered Plaintiff to file proof of service of the S&C on Defendants by April 9, 2026. (Dkt. No. 6). On March 31, 2026, Local 272 filed a letter attaching a copy of the proof of service of the S&C on Local 272. (Dkt. No. 7). To date, however, Plaintiff has not file proof of service of the S&C on MagnaCare. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the S&C on MagnaCare to **April 17, 2026**. Plaintiff is warned that failure to file the required proof of service by

1

**April 17, 2026** may result in the Court recommending that Plaintiff's claims against MagnaCare be dismissed for failure to prosecute.

Further, on April 2, 2026, Plaintiff and Local 272 attempted to file a proposed order extending Local 272's deadline to respond to the Complaint to April 17, 2026.  (Dkt. No. 8 (the "Proposed Order")).  The Clerk of Court, however, noted certain deficiencies in the Proposed Order and directed Plaintiff and Local 272 to re-file it.  (Dkt. Entry dated Apr. 6, 2026).  To date, however, neither Plaintiff nor Local 272 has re-filed the Proposed Order.  Accordingly, Plaintiff and Local 272 are **ORDERED** to re-file the Proposed Order by **April 14, 2026** pursuant to the Clerk of Court's instructions.  (Dkt. Entry dated Apr. 6, 2026).

Dated:        New York, New York
              April 10, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2