UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

                    Plaintiff,

   -v-

MAGNACARE, INC., et al.,

                   Defendants.

CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant MagnaCare, Inc. ("MagnaCare") to respond to the complaint (Dkt. No. 1-1 (the "Complaint")) was April 24, 2026. See Fed. R. Civ. P. 12(a)(1)(A)(i). (See also Dkt. No. 12). To date, however, MagnaCare has not responded to the Complaint or otherwise appeared in this action. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for MagnaCare to respond to the Complaint to **May 11, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant MagnaCare, Inc. at One Penn Plaza, Suite 1410, New York, NY 10119.

Dated:      New York, New York
            April 27, 2026

                       SO ORDERED.

                       _____
                       SARAH L. CAVE
                       **United States Magistrate Judge**

1