UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

                        Plaintiff,

        -v-                                                    CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

                                                              **ORDER**

MAGNACARE, INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 24, 2026, Plaintiff Francesco Gargano, M.D., P.C. filed a motion to remand this action to the Supreme Court of the State of New York, County of New York. (Dkt. No. 16 (the "Motion")). Pursuant to Local Civil Rule 6.1(b), the deadline for Defendants MagnaCare, Inc. ("MagnaCare")[1] and Local 272 Welfare Fund to respond to the Motion was May 8, 2026. See Local Civ. Rule 6.1(b). To date, Defendants have not responded to the Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** Defendants' deadline to respond to the Motion to **May 26, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant MagnaCare, Inc. at One Penn Plaza, Suite 1410, New York, NY 10119.

Dated:        New York, New York
              May 11, 2026

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**

---

[1] The deadline for MagnaCare to respond to the complaint (Dkt. No. 1-1) is **May 11, 2026**. (Dkt. No. 17).