UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

                              Plaintiff,

      -v-                                               CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

                                                        **ORDER**

MAGNACARE, INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant MagnaCare, Inc. ("MagnaCare") to respond to the complaint (Dkt. No. 1-1 (the "Complaint")) was April 24, 2026.  See Fed. R. Civ. P. 12(a)(1)(A)(i).  (See also Dkt. No. 12).  On April 27, 2026, MagnaCare having not responded to the Complaint, the Court sua sponte extended its deadline to May 11, 2026.  (Dkt. No. 17).  To date, however, MagnaCare still has not responded to the Complaint or otherwise appeared in this action.  As a final courtesy, the Court sua sponte **EXTENDS** the deadline for MagnaCare to respond to the Complaint to **May 26, 2026**. MAGNACARE IS WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY **MAY 26, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST MAGNACARE.

1

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant MagnaCare, Inc. at One Penn Plaza, Suite 1410, New York, NY 10119.

Dated:      New York, New York
            May 12, 2026                    SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**