UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCESCO GARGANO, M.D., P.C.,

Plaintiff,

-against- 26-cv-2414 (LAK)

MAGNACARE, INC., et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Plaintiff's motion to remand and for other relief (Dkt 16) is denied substantially for the reasons stated in the thorough report and recommendation of Magistrate Judge Sarah Cave to which no objection has been filed.

SO ORDERED.

Dated: September 26, 2026

Lewis A. Kaplan
United States District Judge