UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

Plaintiff,

-v-

MAGNACARE, INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 32, by October 29, 2026, the parties were required to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") in advance of the initial case management conference scheduled to take place in-person on November 5, 2026 at 2:15 p.m. ET (the "Conference"). (Dkt. No. 32). To date, the parties have not filed the PCMP. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the PCMP to **November 4, 2026 at 12:00 p.m. ET**.

THE PARTIES ARE WARNED THAT FAILURE TO TIMELY FILE THE PCMP MAY RESULT IN THE COURT CANCELLING THE CONFERENCE AND RECOMMENDING THAT PLAINTIFF'S CLAIMS BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated: New York, New York
November 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**