UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO, M.D., P.C.,

Plaintiff,

-v-

MAGNACARE, INC., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2414 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 3, 2026, the parties filed a stipulation to dismiss this action with prejudice. (Dkt. No. 34 (the "Stipulation")). In light of the Stipulation, the initial case management conference scheduled for **November 5, 2026 at 2:15 p.m. ET** (Dkt. No. 32) is **CANCELLED**, and the parties' deadline of **November 4, 2026 at 12:00 p.m. ET** to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan (Dkt. No. 33) is **VACATED**.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**